UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE STANLEY M. HERZOG FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; CHARLOTTE BURROWS, Chair of the United States Equal Employment Opportunity Commission, in her official capacity,<br><br>*Defendants*. | No. 4:24-cv-00651 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel respectfully requests that the Court grant leave to withdraw the appearance of Olivia G. Horton, as Ms. Horton will be departing the Department of Justice on March 7, 2025. Daniel Schwei, Alexandra Widas, and Laura B. Bakst will continue to represent Defendants.

Dated: March 7, 2025

Respectfully submitted,

*/s/ Olivia G. Horton*
OLIVIA G. HORTON (TX Bar No. 24120357)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0747
Facsimile: (202) 616-8460
Email: olivia.g.horton@usdoj.gov

*Counsel for Defendants*