UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

THE STANLEY M. HERZOG
FOUNDATION,

        *Plaintiff*,

v.

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION;
CHARLOTTE BURROWS, Chair of the United
States Equal Employment Opportunity
Commission, in her official capacity,

        *Defendants*.

No. 4:24-cv-00651

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

    Undersigned counsel respectfully requests that the Court grant leave to withdraw the appearance of Alexandra J. Widas, as Ms. Widas will be departing the Department of Justice on March 12, 2025. Daniel Schwei and Laura B. Bakst will continue to represent Defendants.

Dated: March 10, 2024

Respectfully Submitted,

/s/ *Alexandra J. Widas*
Alexandra J. Widas (D.C. Bar # 1645372)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Washington, DC 20005
Telephone: (202) 616-8472
Facsimile: (202) 616-8460
Alexandra.J.Widas@usdoj.gov

*Counsel for Defendants*